

Kevin McCulloch, Esq.
The McCulloch Law Firm, PLLC
155 East 56th Street, 3rd Floor
New York, NY 10022
kevin@mccullochiplaw.com

June 22, 2016

**VIA ECF**

Hon. Gabirel W. Gorenstein, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 6B
New York, NY 10007-1312

      ***RE:***    ***Pyle v. Getty Images (US), Inc., et al.,*** **Case No. 16-cv-1647 (JGK)(GWG)**

Dear Judge Gorenstein,

I am counsel for Plaintiff in the above-referenced matter. I write to inform you that the parties who have appeared, Plaintiff and Defendant Getty Images (US), Inc. have conferred and agree any settlement conference should take place in October at the earliest. The parties are currently engaged in informal settlement discussions and are hopeful that we will be able to resolve the matter prior to then. Thank you for your assistance in this matter.

                              Respectfully submitted,

                              Kevin P. McCulloch

Tel: (212) 355 6050                                                                                 Fax: (646) 308-1178