

McCulloch Law Firm PLLC.

Kevin McCulloch, Esq.
The McCulloch Law Firm, PLLC
155 East 56th Street, 3rd Floor
New York, NY 10022
kevin@mccullochiplaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. _____6/28/16_____

June 24, 2016

**VIA ECF**

Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12B
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

_____
John G. Koeltl, U.S.D.J.
6/27/16.

RE:     *Pyle v. Getty Images (US), Inc., et al.,* Case No. 16-cv-1647 (JGK)(GWG)

Dear Judge Koeltl,

I am counsel for Plaintiff John Pyle ("Plaintiff") in the above-referenced matter. I write to request an extension to Plaintiff's deadline to file an amended pleading, as set by the Court's Scheduling Order dated June 14, 2016 (Dkt. No. 28).

Plaintiff requests a 14-day extension from June 24, 2016 to July 8, 2016. I have conferred with counsel for Defendant Getty Images (US), Inc. ("Getty Images") and Photo File, Inc. ("Photo File"), and those parties consent to this request provided that Photo File's deadline to answer and Getty Images' deadline to file a third-party complaint also be extended 14 days after filing of the amended complaint to July 22, 2016, which Plaintiff has agreed to. The requested extension is necessary in order to allow additional time for the parties to continue settlement discussions and to exchange information relevant to the intended amendment.

This is the first request to extend these deadlines, and the requested extensions will not unduly delay this matter or prejudice any party.

Respectfully submitted,

Kevin McCulloch

Kevin P. McCulloch

Tel: (212) 355 6050                                          Fax: (206) 219-6358