IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN PYLE,<br><br>     *Plaintiff,*<br><br>     v.<br><br>GETTY IMAGES (US), INC.; ART.COM, INC.; PHOTO FILE, INC.,<br><br>     *Defendants*. | Case No.16-cv-1647(JGK)(GWG)<br><br>Hon. John G. Koeltl<br><br>ECF Case<br>Electronically Filed |

## NOTICE OF MOTION TO STAY DEADLINES

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting Declaration of Kevin McCulloch, together with all prior pleadings and proceedings in this action, Plaintiff John Pyle, by and through the undersigned counsel, will and does hereby move this Court, before the Honorable John G. Koeltl, for an order staying the proceedings in this action pending the United States Copyright Office's approval of Plaintiff's registration of his copyrights in additional photographs for which Plaintiff intends to include claims in his amended pleadings. The grounds for the motion are set forth in the accompanying memorandum.

Dated this 8th day of July, 2016.

By: _/s/ Kevin McCulloch_

Kevin P. McCulloch
Nate Kleinman
155 East 56th Street
New York, New York 10022
T: (212) 355-6050
kevin@mccullochiplaw.com
nate@mccullochiplaw.com

*Attorneys for Plaintiff*